No. 357.  GENERAL TALKING PICTURES CORP. *v.* WESTERN ELECTRIC CO. ET AL.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. Samuel E. Darby, Jr.,* for petitioner.  *Messrs. Merrell E. Clark* and *Henry R. Ashton* for respondents.  ■■

No. 319.  MOOKINI ET AL. *v.* UNITED STATES.  October 18, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.  *Mr. O. P. Soares* for petitioners.  *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 362.  CENTURY INDEMNITY CO. *v.* NELSON.  October 18, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Oliver Dibble* and *Jewel Alexander* for petitioner. *Mr. Joe G. Sweet* for respondent.  ■■

No. 365.  ADAIR *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN.  October 18, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.  *Messrs. William Lemke* and *Harold M. Sawyer* for petitioner.  *Messrs. William C. Day* and *Hugo A. Steinmeyer* for respondent.  ■■

No. 375.  HASSETT *v.* WELCH ET AL., EXECUTORS.  October 18, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.